UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DON RATHBURN and TERESA RATHBURN, Husband and Wife,<br><br>Plaintiffs,<br><br>v.<br><br>KNIGHT TRANSPORTATION, INC.; KNIGHT REFRIGERATED, LLC; KNIGHT-SWIFT TRANSPORTATION HOLDINGS, INC.; CAROL WALKER; JOHN DOES I through X, inclusive; and BLACK AND WHITE COMPANIES I through X, inclusive,<br><br>Defendants. | Case No. 3:18-cv-00133-MMD-VPC<br><br>ORDER |

Defendants seek to invoke this Court's diversity jurisdiction. (ECF No. 1 at 3.) District courts have original jurisdiction over civil actions between citizens of different states with an amount in controversy greater than $75,000. 28 U.S.C. § 1332(a). One of the parties in this action—Knight Refrigerated, LLC—is a limited liability company ("LLC"). Although corporations are citizens of any state in which they are incorporated or have their principal place of business under 28 U.S.C. § 1332(c)(1), "an LLC is a citizen of every state of which its owners/members are citizens." *Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006). As the party asserting diversity jurisdiction, Defendants bear the burden of proof. *Kanter v. Warner-Lambert Co.*, 265 F.3d 853, 857-58 (9th Cir. 2001). Defendants have not met their burden because Defendants have failed to identify any owners/members of the LLC or describe whether those owners/members are citizens of different states than the opposing party. It is therefore ordered that within

ten (10) days of the date of this Order, Defendants must supplement their Complaint with a document that identifies the state citizenships of each owner/member of the LLC.

DATED THIS 28th day of March 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE