Todd R. Alexander, Esq., NSB #10846
Lemons, Grundy & Eisenberg
6005 Plumas Street, Suite 300
Reno, Nevada 89519
tra@lge.net
Telephone: (775) 786-6868
Facsimile: (775) 786-9716

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DON RATHBURN and TERESA RATHBURN, Husband and Wife,<br><br>Plaintiffs,<br>vs.<br><br>KNIGHT TRANSPORTATION, INC.; KNIGHT REFRIGERATED, LLC; KNIGHT-SWIFT TRANSPORTATION HOLDINGS, INC.; CAROL WALKER; JOHN DOES I through X, inclusive; ABC CORPORATIONS I through X, inclusive; and BLACK AND WHITE COMPANIES I through X, inclusive,<br><br>Defendants. | Case No. 3:18-cv-0133-LRH-WGC<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR EXPERT WITNESS DISCLOSURE** |

Plaintiffs, DON RATHBURN and TERESA RATHBURN, by and through their undersigned counsel, Joseph S. Bradley, Esq. of Bradley, Drendel & Jeanney, and Defendants, KNIGHT TRANSPORTATION, INC.; KNIGHT REFRIGERATED, LLC; KNIGHT-SWIFT TRANSPORTATION HOLDINGS, INC.; and CAROL WALKER, by and through their attorney, Todd R. Alexander, Esq. of Lemons, Grundy & Eisenberg, hereby stipulate and agree to extend the deadline to disclose

///
///
///
///
///
///
///

1

expert witnesses from August 23, 2018 to **September 21, 2018** and the deadline for rebuttal expert disclosures from September 24, 2018 to **October 24, 2018**.

Dated: August 10, 2018.
Bradley, Drendel & Jeanney
P. O. Box 1987
Reno, Nevada 89505
(775) 335-9999

By: /s/ Joseph S. Bradley
    Joseph S. Bradley, Esq.
    Attorney for Plaintiffs

Dated: August 10, 2018.
Lemons, Grundy & Eisenberg
6005 Plumas Street, Suite 300
Reno, Nevada 89519
(775) 786-6868

By: [signature]
    Todd R. Alexander, Esq.
    Attorney for Defendants

**IT IS SO ORDERED.**

Dated: August 13, 2018

_____
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE