Joel D. Odou
Nevada Bar No. 7468
jodou@wshblaw.com
Analise N. M. Tilton
Nevada Bar No. 13185
atilton@wshblaw.com
Jennifer Santana
Nevada Bar No. 13949
jsantana@wshblaw.com
Wood, Smith, Henning & Berman LLP
2881 Business Park Court, Suite 200
Las Vegas, Nevada 89128-9020
Telephone: 702-251-4100
Facsimile: 702-251-5405

- and -

Kevin D. Smith (*Pro Hac Vice Pending*)
California Bar No. 113633
ksmith@wshblaw.com
10960 Wilshire Boulevard, 18th Floor
Los Angeles, California 90024-3804
Telephone: 310-481-7600
Facsimile: 310-481-7650

*Attorneys for Knight Transportation, Inc.;*
*Knight Refrigerated, LLC; and*
*Knight-Swift Transportation Holdings, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA, NORTHERN DIVISION

| | |
|---|---|
| DON RATHBURN and TERESA RATHBURN, Husband and Wife,, <br><br> Plaintiffs, <br><br> v. <br><br> KNIGHT TRANSPORTATION, INC.; KNIGHT REFRIGERATED, LLC; KNIGHT-SWIFT TRANSPORTATION HOLDINGS, INC.; CAROL WALKER; JOHN DOES I through X, inclusive; ABC CORPORATIONS I though X, inclusive; and BLACK AND WHITE COMPANIES I through X, inclusive, <br><br> Defendants. | Case No. 3_18-cv-0133-LRH-WGC <br><br> **SUBSTITUTION OF ATTORNEYS** <br><br> Trial Date: None Set |

TO: **ALL INTERESTED PARTIES; and**

TO: **THEIR RESPECTIVE COUNSEL OF RECORD:**

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
2881 BUSINESS PARK COURT, SUITE 200
LAS VEGAS, NEVADA 89128-9020
TELEPHONE 702.251.4100 ♦ FAX 702.251.5405

COMES NOW, LEMONS, GRUNDY & EISENBERG, counsel of record for Defendants, KNIGHT TRANSPORTATION, INC.; KNIGHT REFRIGERATED, LLC; and KNIGHT-SWIFT TRANSPORTATION HOLDINGS, INC., in the above-captioned action and hereby consents to the substitution of WOOD, SMITH, HENNING & BERMAN, LLP in place and stead of LEMONS, GRUNDY & EISENBERG. This Stipulation may be executed in one or more counterparts, each of which shall constitute a duplicate original. A facsimile or other non-original signature shall still create a binding and enforceable agreement.

January _18_, 2019       LEMONS, GRUNDY & EISENBERG

By _____
TODD R. ALEXANDER
Nevada Bar No. 10846
6005 Plumas Street, Suite 300
Reno, NV 89519
Tel.: 775-786-6868/Fax: 775-786-786-9716
*Attorneys for Defendants, Knight Transportation, Inc.; Knight Refrigerated, LLC; Knight-Swift Transportation Holdings, Inc.; and Carol Walker*

I, _Leslie Leazer_ of KNIGHT TRANSPORTATION, INC., hereby consent to the substitution of counsel of record for Defendant, KNIGHT TRANSPORTATION, INC. in the above-captioned action.

January _18_, 2019       KNIGHT TRANSPORTATION, INC.

By: _Leslie Leazer_

I, _Leslie Leazer_ of KNIGHT REFRIGERATED, LLC, hereby consent to the substitution of counsel of record for Defendant, KNIGHT REFRIGERATED, LLC in the above-captioned action.

January _18_, 2019       KNIGHT REFRIGERATED, LLC

By: _Leslie Leazer_

LEGAL:05000-0676/10669548.1       -2-       Case No. 3_18-cv-0133-LRH-WGC
SUBSTITUTION OF ATTORNEYS

I, Leslie Leazer of KNIGHT-SWIFT TRANSPORTATION HOLDINGS, INC., hereby consent to the substitution of counsel of record for Defendant, KNIGHT-SWIFT TRANSPORTATION HOLDINGS, INC. in the above-captioned action.

January 18, 2019         KNIGHT-SWIFT TRANSPORTATION HOLDINGS, INC.

By: *Leslie Leazer*

WOOD, SMITH, HENNING & BERMAN LLP, hereby consents to being substituted in the above-entitled action as counsel of record for Defendants, KNIGHT TRANSPORTATION, INC.; KNIGHT REFRIGERATED, LLC; and KNIGHT-SWIFT TRANSPORTATION HOLDINGS, INC. in place and stead of LEMONS, GRUNDY & EISENBERG.

DATED: January 18, 2019         WOOD, SMITH, HENNING & BERMAN LLP

By: *Joel Odou*
JOEL D. ODOU
Nevada Bar No. 7468
ANALISE N. M. TILTON
Nevada Bar No. 13185
JENNIFER SANTANA
Nevada Bar No. 13949
2881 Business Park Court, Suite 200
Las Vegas, Nevada 89128-9020
Tel.: 702-251-4100/Fax: 702-251-5405
*Attorneys for Knight Transportation, Inc.;*
*Knight Refrigerated, LLC; and*
*Knight-Swift Transportation Holdings, Inc.*

**IT IS SO ORDERED**

DATED:   January 22, 2019

*William G. Cobb*

UNITED STATES MAGISTRATE JUDGE

LEGAL:05000-0676/10669548.1         -3-         Case No. 3_18-cv-0133-LRH-WGC
SUBSTITUTION OF ATTORNEYS