Joel D. Odou
Nevada Bar No. 7468
jodou@wshblaw.com
Analise N. M. Tilton
Nevada Bar No. 13185
atilton@wshblaw.com
Jennifer Santana
Nevada Bar No. 13949
jsantana@wshblaw.com
Wood, Smith, Henning & Berman LLP
2881 Business Park Court, Suite 200
Las Vegas, Nevada 89128-9020
Telephone: 702-251-4100
Facsimile: 702-251-5405

- and -

Kevin D. Smith (*Pro Hac Vice Pending*)
California Bar No. 113633
ksmith@wshblaw.com
10960 Wilshire Boulevard, 18th Floor
Los Angeles, California 90024-3804
Telephone: 310-481-7600
Facsimile: 310-481-7650

*Attorneys for Knight Transportation, Inc.;*
*Knight Refrigerated, LLC; Knight-Swift*
*Transportation Holdings, Inc.; and Carol Walker*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, NORTHERN DIVISION

| | |
|---|---|
| DON RATHBURN and TERESA RATHBURN, Husband and Wife,, <br><br> Plaintiffs, <br><br> v. <br><br> KNIGHT TRANSPORTATION, INC.; KNIGHT REFRIGERATED, LLC; KNIGHT-SWIFT TRANSPORTATION HOLDINGS, INC.; CAROL WALKER; JOHN DOES I through X, inclusive; ABC CORPORATIONS I though X, inclusive; and BLACK AND WHITE COMPANIES I through X, inclusive, <br><br> Defendants. | Case No. 3_18-cv-0133-LRH-WGC <br><br> **SUBSTITUTION OF ATTORNEYS FOR DEFENDANT, CAROL WALKER** <br><br> Trial Date: None Set |

TO:   ALL INTERESTED PARTIES; and

TO:   THEIR RESPECTIVE COUNSEL OF RECORD:

COMES NOW, LEMONS, GRUNDY & EISENBERG, counsel of record for Defendant, CAROL WALKER, in the above-captioned action and hereby consents to the substitution of WOOD, SMITH, HENNING & BERMAN, LLP in place and stead of LEMONS, GRUNDY & EISENBERG. This Stipulation may be executed in one or more counterparts, each of which shall constitute a duplicate original. A facsimile or other non-original signature shall still create a binding and enforceable agreement.

May ~~March~~ 6, 2019          LEMONS, GRUNDY & EISENBERG

By _____
TODD R. ALEXANDER
Nevada Bar No. 10846
6005 Plumas Street, Suite 300
Reno, NV 89519
Tel.: 775-786-6868/Fax: 775-786-786-9716

*Attorneys for Defendants, Knight Transportation, Inc.; Knight Refrigerated, LLC; Knight-Swift Transportation Holdings, Inc.; and Carol Walker*

I, CAROL WALKER, hereby consents to the substitution of counsel of record on my behalf regarding the above-captioned action.

May ~~March~~ 6, 2019

By: _____
CAROL WALKER

///
///
///
///
///
///
///
///

LEGAL:10092-0047/10683046.1       -2-       Case No. 3_18-cv-0133-LRH-WGC
SUBSTITUTION OF ATTORNEYS FOR DEFENDANT, CAROL WALKER

WOOD, SMITH, HENNING & BERMAN LLP, hereby consents to being substituted in the above-entitled action as counsel of record for Defendant, CAROL WALKER, in place and stead of LEMONS, GRUNDY & EISENBERG.

DATED: May 6, 2019

WOOD, SMITH, HENNING & BERMAN LLP

By: /s/ Joel Felder

JOEL D. ODOU
Nevada Bar No. 7468
ANALISE N. M. TILTON
Nevada Bar No. 13185
JENNIFER SANTANA
Nevada Bar No. 13949
2881 Business Park Court, Suite 200
Las Vegas, Nevada 89128-9020
Tel.: 702-251-4100/Fax: 702-251-5405

*Attorneys for Knight Transportation, Inc.; Knight Refrigerated, LLC; Knight-Swift Transportation Holdings, Inc.; and Carol Walker*

IT IS SO ORDERED.

DATED: May 7, 2019.

William G. Cobb
UNITED STATES MAGISTRATE JUDGE

---

LEGAL:10092-0047/10683046.1     -3-     Case No. 3_18-cv-0133-LRH-WGC

SUBSTITUTION OF ATTORNEYS FOR DEFENDANT, CAROL WALKER