## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DON RATHBURN and TERESA RATHBURN, Husband and Wife,<br><br>Plaintiffs,<br><br>v.<br><br>KNIGHT TRANSPORTATION, INC.; KNIGHT REFRIGERATED, LLC; KNIGHT-SWIFT TRANSPORTATION HOLDINGS, INC.; CAROL WALKER; JOHN DOES I through X, inclusive; ABC CORPORATIONS I through X, inclusive; and BLACK AND WHITE COMPANIES I through X, inclusive,<br><br>Defendants. | Case No. 3:18-cv-00133-MMD-WGC<br><br><br><br>**ORDER REGARDING:** |

## **STIPULATION**

COMES NOW Plaintiffs DON RATHBURN and TERESA RATHBURN, Husband and Wife, by and through their counsel of record, Joseph S. Bradley, Esq. of Bradley, Drendel & Jeanney, Ltd. and Defendants, KNIGHT TRANSPORTATION, INC.; KNIGHT REFRIGERATED, LLC.; KNIGHT-SWIFT TRANSPORTATION HOLDINGS, INC.; and CAROL WALKER, by and through their counsel of record, Joel D. Odou, Esq. of Wood, Smith, Henning & Berman, LLP., and Theodore Parker, III, Esq. of Parker, Nelson & Associates, Chtd. and hereby stipulate and agree, as follows:

The rulings of the Court in regard to the motions in limine decided in the case entitled *Terri Knaack v. Knight Transportation, Inc., et al.*, bearing Case No. 3:17-cv-00172-LRH-WGC, shall, to the extent applicable, have the full force and effect as if they had been decided in this action.

-1-

Dated this 12th day of July 2019.

BRADLEY, DRENDEL & JEANNEY

/s/ Joseph S. Bradley

_____
Joseph S. Bradley, Esq.
*Attorney for Plaintiffs*

Dated this 12th day of July 2019.

WOOD, SMITH, HENNING & BERMAN

/s/ Joel D. Odou

_____
Joel D. Odou, Esq.
*Attorney for Defendants*

Dated this 12th day of July 2019.

PARKER, NELSON & ASSOCIATES, CHTD.

/s/ Theodore Parker, III

_____
Theodore Parker, III, Esq.
*Attorney for Defendants*

**IT IS SO ORDERED.**

DATED this 15th day of July, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE