UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DON RATHBURN and TERESA RATHBURN, Husband and Wife,<br><br>    Plaintiffs,<br><br>v.<br><br>KNIGHT TRANSPORTATION, INC.; KNIGHT REFRIGERATED, LLC; KNIGHT-SWIFT TRANSPORTATION HOLDINGS, INC.; CAROL WALKER; JOHN DOES I through X, inclusive,; ABC CORPORATIONS I through X, inclusive; and BLACK AND WHITE COMPANIES I through X, inclusive,<br><br>    Defendants. | Case No. 3:18-cv-0133-LRH-WGC<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE MATTER, WITH PREJUDICE**<br><br>The Hon. Larry R. Hicks |

1     COME NOW, Plaintiff, DON RATHBURN and TERESA RATHBURN, Husband and Wife (hereinafter "Plaintiffs") and Defendants KNIGHT TRANSPORTATION, INC., KNIGHT REFRIGERATED, LLC, KNIGHT-SWIFT TRANSPORTATION HOLDINGS, INC. and CAROL WALKER (hereinafter "Defendants"), by and through their undersigned counsel and hereby STIPULATE to DISMISSAL of this entire action, WITH PREJUDICE, with each party to bear its own attorneys' fees and costs.

    This Stipulation may be executed in one or more counterparts, each of which shall constitute a duplicate original. A facsimile or other non-original signature shall still create a binding and enforceable agreement.

    IT IS SO STIPULATED.

DATED this 29th day of August, 2019.

**BRADLEY, DRENDEL & JEANNEY**

_____
JOSEPH S. BRADLEY, ESQ.
Nevada Bar No.: 1787
6900 S. McCarran Boulevard, Suite 2000
Reno Nevada 89509
Attorney for Plaintiffs
Telephone: (775) 335-9999
Facsimile: (775) 335-9993
Attorney for Plaintiffs

DATED this 3rd, day of September, 2019.

**PARKER, NELSON & ASSOCIATES, CHTD.**

_____
THEODORE PARKER, III, ESQ.
Nevada Bar No. 4716
SHANA D. WEIR, ESQ.
Nevada Bar No. 9468
2460 Professional Court, Suite 200
Las Vegas, Nevada 89128
Telephone: (702) 868-8000
Facsimile: (702) 868-8001
*Attorneys for Defendants,*
*Knight Transportation, Inc., Knight*
*Refrigerated, LLC,*
*Knight-Swift Transportation Holdings, Inc.*
*and Carol Walker*

///
///
///
///
///
///

| | |
|---|---|
| | Case Name: *Rathburn v. Knight Transportation, et al*<br>Case No. 3:18-cv-0133-LRH-WGC |

DATED this 30th, day of August, 2019.

**WOOD, SMITH, HENNING & BERMAN LLP**

  /s/Joel D. Odou, Esq.
JOEL D. ODOU, ESQ.
Nevada Bar No. 7468
ANALISE N. M. TILTON, ESQ.
Nevada Bar No. 13185
JENNIFER SANTANA, ESQ.
Nevada Bar No. 13949
2881 Business Park Court, Suite 200
Las Vegas, Nevada 89128-9020
Telephone:   (702) 251-4100
Facsimile:   (702) 251-5405

KEVIN D. SM ITH
California Bar No. 113633 (pro hac vice)
501 West Broadway, Suite 1200
San Diego, California

*Attorneys for Defendants,*
*Knight Transportation, Inc., Knight Refrigerated, LLC,*
*Knight-Swift Transportation Holdings, Inc. and Carol Walker*

## ORDER

IT IS SO ORDERED

DATED this 4th day of September, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE